UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-61061-CIV-COOKE-BROWN

JAMES CAPONE, et al.,

    Plaintiffs,

vs.

CRYSTAL PALACE US, INC., et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO COMPEL

**THIS MATTER** is before this Court on Plaintiff's Motion [to Compel] (D.E. 195), filed July 11, 2007. The Court has considered the motion noted the lack of a response thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

The Court being otherwise fully advised in the premises it is hereby Ordered and Adjudged as follows:

    1. This motion is GRANTED.

    2. Defendant shall have ten (10) days from the date of this order to provide better responses to the March 23, 2007, Request for Production. All objections thereto are OVERRULED.

    3. Defendant shall have ten (10) days from the date of this order to produce (not object to)

all documents requested in Plaintiff's Second Request for Production dated May 30, 2007.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _10_ day of August, 2007.

```
                                    STEPHEN T. BROWN
                                    UNITED STATES MAGISTRATE JUDGE
```

cc: Counsel of record

04-61061.o1